United States District Court For
Southern District of Iowa

**RECEIVED**
AUG 06 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Jack Coleman
    Movant,

vs.

United States of America
    Respondent.

Case No. 3:17-CR-00072-RGE-SBJ
Judge: Rebecca Goodgame Ebinger

## Motion For Compassionate Release or Sentencing Reduction Under the First Step Act, in Accordance With 18 U.S.C. § 3582(c)(1)(A)

Now Comes the movant, Jack Coleman, pro-se, and herein files this motion seeking compassionate release pursuant to provisions of both the First Step Act, and the C.A.R.E.S. Act. These "Acts" allow an inmate to apply to the Warden of the institution in which he is confined requesting compassionate release for "compelling circumstances," including, but not limited to the current Covid-19 emergency. And if, after thirty days, the prisoner receives no response from the Warden, the inmate may then file a motion directly to the sentencing court seeking compassionate release.

This petitioner originally filed with the Warden of FCI Pekin on April 15th, 2020, so this motion is proper at this time, and movant bases this motion on the current Covid-19 emergency, and

-1-

his age and medical conditions that put him at a hightened risk of death, or other poor outcome if he should contract the virus.

To demonstrate the serious risk to petitioner's life, petitioner will detail both his medical conditions, and the risk of bad outcoms.

1. Petitioner is 67 years old. This places him in the age group most at risk from Covid.

2. Petitioner suffers from asthma, and has been prescribed an inhaler with the drug "Albuterol." Asthma is a respatory disease that fill the lungs with fluid, making it difficult to breath, and decreasing oxygen in the body. In the some way Covid-19 also fills the lungs with fluid and decreases oxygen in the body. The combination of both diseases can be fatal.

3. Petitioner also suffers from High Blood Pressure. This condition places a strain on both the cardio-vascular system and the heart. Covid also strains these same systems and can lead to cardiac arrest. Petitioner has been prescribed "Lisinopril."

4. Petitioner also suffers from cronic high cholesterol, and must take injections of "Rapatha." This condition can clog arteries. In a person with Covid, this can also lead to cardiac arrest.

—2—

Other Conditions:

5. Petitioner has also been perscribed "Oneprazole" for sever acid reflux. And

6. Petitioner also has a hyeidle hernia.

Lastly, petitioner is also prescribed "hydrochlorothiazide," which is a diuretic, which assist in lowering blood pressure.

This petitioner prays that this court will consider his age and health conditions as "compelling circumstances" that warrant compassionate release.

P.A.T.T.E.R.N. Score:

The Bureau of Prisons has rated petitioner as having a "minimum" risk of reoffending. This is partly because prior to the instant offense, this petitioner had no other criminal history. And, since his incarceration, petitioner has taken advantage of several of the programs offered by the BOP. For instance he has taken and completed the following:

(A) Job Partnership;
(B) Goodnight to Insomnia;
(C) Strategic Fatherhood;
(D) Drug Abuse Education Course;

—3—

(E) Discipleship Explored;
(F) ILL User Instruction; and
(G) Psych Group Cognitive Skills.

<u>Covid-19 at Pekin F.C.I.:</u>

Pekin F.C.I. has been extremely lucky since the start of the pandemic and had reported no cases of Covid at this institution. But, in July of 2020, this institution reported its first three cases. As we now know, the virus spreads fastest in nursing homes and prisons. So, as of this writing, the danger to petitioners health is very real.

## Conclusion and Relief Sought

Therefore, in light of the fact that petitioner is a first time offender, is elderly, who has a minimum risk of reoffending, and has several medical conditions that put him at a serious risk of death should he contract the virus (which has just arrived at his institution), petitioner prays that this court will find that his situation presents a truly exceptional and "compelling circumstance", that warrants compassionate release, and any additional relief that the court deems just and proper.

Petitioner has attached hereto, a copy of the

-4-

request for compassionate release that was submitted to the Warden. Petition ask that this court also consider the information contained therein when making your decision.

Respectfully Submitted:

*Jack Lee Coleman*
Jack Lee Coleman, pro-se
Reg. No. 18185-030
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

## Certificate of Service

I certify that I have placed a copy of this § 3582(c)(1) motion in the legal mail hear at FCI Pekin, for delivery to the U.S. District Court for the Southern District of Iowa, on this 5th day of August, 2020, in a sealed envelope, with postage pre-paid.

*Jack Lee Coleman*
Jack Lee Coleman

DATE REVIEWED: _____12/3/19_____

INSTITUTION: __FCI Pekin__ UNIT: __IA 1__

INMATE NAME: __Coleman, Jack__ REG NO: __18185-030__

FIRST STEP ACT (Circle One):    **ELIGIBLE** / INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):    **MINIMUM**   LOW   MEDIUM   HIGH

## COMPASSIONATE RELEASE OR HOME CONFINEMENT UNDER THE FIRST STEP ACT
## CRITERIA FOR CONSIDERATION - BOP PROGRAM STATEMENT No. 5050.47(7)

Jack Coleman, Inmate No. 18185-030, hereby applies for compassionate release pursuant to BOP Program Statement No. 5050.47(7), and the provisions of the First Step Act. The First Step Act allows an inmate to apply to the Warden of the institution in which he is confined requesting compassionate release. And, if after one month, that prisoner receives no response for the Warden, the inmate may then file a motion directly to the courts seeking such compassionate release. This submission is my formal request to the Warden of FCI Pekin, submitted as of the date of the attached Certificate of Service

In accordance with the program statement, for all request, the following criteria should be considered:

(a) **Nature and Circumstances of Inmates Offense:**

Mr. Coleman was charged with production of child pornography. His crime consisted of simply taking photos of individuals that had not yet reached age of 18. There was no distribution of any kind, Mr. Coleman plead guilty and accepted responsibility. Therefore, he is considered a non-violent, low risk offender, and has been scored by the BOP as having a minimum risk of reoffending should he be released.

(b) **Criminal History:**

Mr. Coleman is 66 years of age. He was 64 at the time of his conviction, and has no prior criminal record. His present conviction represents a single blemish on what is a long law abiding life.

(c) **Coments of Victim:**

There are no victim impact statements related to this case.

(d) **Unresolved Detainers:**

Mr. Coleman has no unresolved detainers.

(e) **Supervised Release Violations:**

Mr. Coleman has never been on Supervised Release, and therefore, he has no Supervised Release violations.

(f) **Institutional Adjustment:**

Mr. Coleman has had excellent institutional adjustment and has maintained

- 1 -

"clear conduct!"" He has also excelled in his position as a Unit Orderly.

(g) **Disciplinary Infractions:**

Mr. Coleman has had no disciplinary infractions.

(h) **Personal History:**

Mr. Coleman has lived a long and productive life. He has been married twice, and has two daughters ages 41 and 43. He also has 5 grandchildren. These include a granddaughter who is 19 years of age and currently in college at the University of Iowa, he also has four grandsons, three of which are currently in high school and include Twins age 17, one 16 year old, and one age 10. All are on the honor roll.

Mr. Coleman has been gainfully employed, and has worked since age 9 when he began working with his mother. He has worked on the farm since the age of 15, and has continued to assist on the farm all of his life. In addition to that, he worked for Oakville Feed & Grain for 19 years where he ran a construction crew for the building of swine confinement buildings. Other duties included running a sprayer truck and driving semi trucks over 4 states. While there he was a volunteer EMT and Firefighter <u>for 15 years.</u>

In other times I was employed at Monsanto where I worked for 19 years as a Chemical Technician, working a 3 rotational shift. For the last 5 years he was in charge of a crew, mixing and filling orders for product. My Shipping and receiving department handeled orders up to a Million dollars. I was in charge of this department and was awarded "specialist."

Lastly, for over 30 years I was an emergency medical technician & fireman, and I was on call 24/7. I attended the Texas A&M fire school, and I have many hours of medical training in emergency response. With my training and experience I was able to teach newcomers the protocols that we had at the Monsanto plant. I also worked with a rescue team and ambulance.

(i) **Lenght of Sentence:**

For this first and only offense, Mr. Coleman was sentenced to 30 years incarceration.

(j) **Inmate's Current Age:**

Mr. Coleman is currently 66 years of age.

(k) **Inmates Age at Time of Offense and Sentencing:**

On the date of the instant offense, Mr. Coleman was __62__ years old. He was 65 years of age at the time of sentencing,

(l) **Inmates Release Plan (Employment, Medical, & Financial):**

Upon release, Mr. Coleman will be initially living with one of his sisters who lives in Peoria, Illinois. Then he will move into a home -that he plans to build on a peice of property that he is in the process of buying from his daughter. Which is right across the highway from her.

As far as Mr. Coleman's finances, he is retired and received a monthly check from Social Security. Additionally, he has the income from his 401K and pension  He also plans to still work on the farm which he loves to do, running a corn/bean planter, and he will help his son in law raise cattle.

In regards to medical coverage. Mr. Colemans primary insurance will be Medicare, and if he needs a secondary insurance he will consult his last medical insurance company concerning what plans  might be available.

In short, Mr. Coleman's finances are more than enought for him to live on, and to build a home, without supplemental income from Social Security. The Farming is just something that he enjoys along with wood working. So Mr. Coleman will also have a wood shop (like he had before his arrest) that will also provide additional income.

(m) **Whether Release Would Minimize the Severity of the Offense:**

In this case, to release Mr. Coleman would not undermind the severity of his offense. Again, his was simply possession of pictures, and this is his only offense. He is non-violent, the BOP has scored him as having a low of reoffending, he has a loving family, adequate income, and has always express remorse for his offense. He is a Christian, who has asked for forgiveness,  and he prays daily for all that have been effected by this case, to include his family, and most importantly the victims.

(n) **Support from Family:**

Please see attached letter from family

(o) **Will Release Result in Cost Savings to the BOP:**

For the fiscal year 2017, the average annual cost of incarceration of incarcerating a federal inmate was $36,299.25. The average cost of an inmate in a Residential Reentry Center was $32,309.80 (See Federal Register, Vol. 83, pg. 18863).

While the Federal Register does not provide to date, the cost of home confinement, there is no question that home confinement would be substantially less than the cost of either incarceration or reentry placement. Additionally, I am currently on high blood pressure medication, medication for acid reflux, kidney stones and high cholesterol. I was told by doctors here that I will eventually need surgery for a Hyeidel Hernia, and for removal of kidney stones.

I also receive 3 shots a month for cholesterol which Dr. Le Ho has informed me are very expensive. Each shot is in the neighborhood of $1000.00 per month. So Therefore, placing Mr. Coleman on home confinement through Compassionate Release, would be a substantial cost savings to the FBOP.

Lastly, Mr. Coleman would like the court and/or the Warden to consider that he is truly sorry for any hurt that he has caused anyone. As you can see from his life, he is not someone that lacks respect for the law. He was and is a family man. A father and a grandfather, a husband and a volunteer fire fighter, a paramedic and a farmer. If he should be so blessed to be given a chance to resume his life, a life in which was otherwise law abiding and satisfying, he will not reoffend, and he will never let either his family or community down again.

Please consider Mr. Coleman for Compassionate release.

cc: file

_Jack Coleman_, Requester

## Certificate of Service

I Jack Coleman, do certify that I have served a copy of the attached request for Compassionate Release on the Warden here at the Federal Correctional Institution in Pekin, Illinois, by giving the same to the unit team of Iowa 1, on this 15th day of April, 2020.

/s/ Jack Coleman
Jack Coleman
Reg. No. 18185-030

---

Dear Jack:

Make sure that you have them to give you a copy of everything you give them so you won't be without your letters from your family.

Sykes

P.S. Make 2 Certificats of Service. Sign and date both. Give them one and keep one.

# Certificate

This certificate is awarded to

## Jack Coleman

For successful completion of the Bible study course:

## Discipleship Explored

Federal Bureau Of Prisons
Pekin, Illinois
January 23, 2020

*Rodney Abel*
Leader

**Religious Services**

Philippians 1:6 ...*being confident of this, that He who began a good work in you will carry it on to completion until the day of Christ Jesus!*



Certificate of Completion

Presented to
Jack Coleman

For successfully completing the
Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

S. Hutchings, DTS
FCI Pekin

02/27/2020



**Jobs Partnership**
Offering a helping hand

# Certificate of Completion

# Jack L. Coleman

Keys to Personal and Professional Success

*presented by*

Jobs Partnership

December 19th, 2019

Robert Roulds
Facilitator

Gary English
Facilitator

# Certificate

This certificate is awarded to

## Jack Coleman

For successful completion of the course:

### Strategic Fatherhood

Federal Bureau Of Prisons

Pekin, Illinois
October 31, 2019

Psalm 112: 1-2 ... Praise the Lord! How blessed is the man who fears the Lord, who greatly delights in His commands. His descendants will be mighty in the earth; the generation of the upright will be blessed!



Religious Services

Rodney E. Abel
Instructor



# Certificate of Completion

Presented to

**JACK COLEMAN**

In Recognition of Completing

Say Goodnight to Insomnia

in the Federal Bureau of Prisons – Pekin, IL

S. Rhodes, MSW, Specialty Treatment Program Specialist

Date 11-6-19



# Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: COLEMAN, JACK LEE  18185-030

SEQUENCE: 02121095
Team Date: 06-17-2020

| | |
|---|---|
| Facility: | PEK  PEKIN FCI |
| Name: | COLEMAN, JACK LEE |
| Register No.: | 18185-030 |
| Age: | 66 |
| Date of Birth: | 07-28-1953 |

| | |
|---|---|
| Proj. Rel. Date: | 02-22-2043 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | PEK05866 / 08-23-2018 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | IA 1 ORD | FCI IOWA 1 UNIT ORDERLY | 02-27-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | ESL HAS | ENGLISH PROFICIENT | 08-20-2018 |
| PEK | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-20-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PEK | C | R2-REL SERV. JOB PARTNERSHIP | 12-09-2019 | 12-09-2019 |
| PEK | C | R6-SAY GOODNIGHT TO INSOMNIA | 09-04-2019 | 11-06-2019 |
| PEK | C | R6-PARENTS & THEIR CHILDREN | 09-05-2019 | 10-24-2019 |
| PEK | C | ILL USER INSTRUCTION | 06-11-2019 | 06-11-2019 |
| PEK | C | PSYCH GROUP COGNITIVE SKILLS | 01-09-2019 | 02-27-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-23-2018 |
| CARE2 | STABLE, CHRONIC CARE | 08-17-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-17-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-22-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-22-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 04-15-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 02-27-2020 |
| NR WAIT | NRES DRUG TMT WAITING | 07-19-2019 |

### FRP Details

**Most Recent Payment Plan**

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT  FINANC RESP-COMPLETED | | Start: 09-04-2018 |
| Inmate Decision: | AGREED  $25.00 | | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

---

Sentry Data as of 06-14-2020    Individualized Reentry Plan - Program Review  (Inmate Copy)    Page 1 of 3



**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 02121095
Dept. of Justice / Federal Bureau of Prisons  Team Date: 06-17-2020
Plan is for inmate: COLEMAN, JACK LEE  18185-030

| Most Recent Payment Plan |
|---|

Trust Fund Deposits - Past 6 months: $1,294.00     Payments commensurate?  Y
New Payment Plan:      ** No data **

### Progress since last review

Completed the following classes since last review: none
Currently enrolled in the following classes: none
Did not complete the following classes: none
Employed in: Unit orderly
Work performance: good
Maintains regular communication with family/friends
Currently on the waiting list for NRES Drug TMT.
Has maintained clear conduct since last review.
Does not continue to participate in pre-release savings account.

### Next Program Review Goals

Participate in additional academic and computer related courses as well as ACE classes by 12/2020.
Maintain above average work performance in position through 12/2020.
Continue to maintain communication with family/friends through 12/2020
Participate in Non-Residential Drug Abuse Program by 12/2020.
Continue to maintain clear conduct and make appropriate choices through 12/2020.
Participate in TRULINCS savings plan by making monthly deposits (10%) based on the $ received in past 6 months.
Maintain good personal hygiene/sanitation through 12/2020.

### Long Term Goals

Complete additional ACE, academic and computer related courses to improve computer skills by 6/2021.
Complete Non-Residential Drug Abuse Program by 6/2021.

### RRC/HC Placement

No.
Management decision - Projected release date 9/19/2043. Too far from release date..

### Comments

Finance/Poverty Screen 1/13/2020 $316,371 assets $241,973 liabilities noted in PSR NO financial/poverty skills need

|  | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | SEQUENCE: 02121095 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-17-2020 |
| | Plan is for inmate: COLEMAN, JACK LEE   18185-030 | |

Name: COLEMAN, JACK LEE  
Register No.: 18185-030  
Age: 66  
Date of Birth: 07-28-1953  

DNA Status: PEK05866 / 08-23-2018

---

Inmate   (COLEMAN, JACK LEE. Register No.: 18185-030)

---

Date

---

Unit Manager / Chairperson              Case Manager

---

Date                                    Date

Jack Coleman 18185-030
Federal Correctional Institution
P.O Box 5000
Pekin, Ill 61555-5000

RECEIVED
AUG 04 2020
FCI PEKIN
MAIL ROOM

Clerk, U.S. District Court
131 East 4th Street, Suite 150
Davenport, IA 52801

Legal Mail

Peoria, IL PNDF 616
TUE 04 AUG 2020 PM