RESPONSE TO INMATE REQUEST TO STAFF MEMBER
COLEMAN, Jack Lee
Reg. No. 18185-030

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.  Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          4-30-2020
F. Entzel, Warden                Date



United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Post Office Box 7000
2600 South Second Street
Pekin, Illinois 61555-7000

---

Office of the Warden

April 29, 2020

MEMORANDUM FOR TAMMY GIRARD, CASE MANAGEMENT COORDINATOR
FCI  PEKIN, ILLINOIS

FROM:          Jeffrey Lee Ho, MD  Medical Officer
               FCI Pekin, Illinois

SUBJECT:       **Coleman, Jack**
               **Reg. No. 18185-030**

Inmate Coleman is a 66 year old white male who arrived at FCI-PEKIN on 08/17/2018 with a previous history of hypertension, hyperlipidemia, acid reflux, asthma, and depression. He was enrolled in chronic care clinic and his medications were continued.

Hypertension:  On 08/17/2018, inmate Coleman was evaluated in chronic care clinic. He was taking Hydrochlorothiazide and Lisinopril for blood pressure control. In addition, he was taking potassium supplements to prevent his potassium from dropping too low due to the Hydrochlorothiazide. However, on 01/20/2019, his Hydrochlorothiazide was discontinued due to no longer needing this medication. Coleman has been able to maintain blood pressure readings at goal with his current medication Lisinopril. His last blood pressure on 02/07/2020 was within normal at 121/85

Hyperlipidemia:  Inmate Coleman has documented history of elevated cholesterol. He has not been able to tolerate the usual medications for this including statins and fibrates. He was approved for an injectable medication named Repatha. This medication has kept his cholesterol under good control. His last cholesterol test done 10/23/2019 showed Total cholesterol

166, HDL 43, and LDL 79 all within normal. He did have slight elevation of his Triglycerides at 219.

Gastroenterology: Inmate Coleman has a history of gastro esophageal reflux disease (GERD). He has been prescribed Omeprazole 20 mg daily since 08/17/2018 which, in addition to limiting food triggers, controls his symptoms.

Pulmonary: Inmate Coleman has a history of asthma. He is prescribed an Albuterol inhaler which he only uses as needed. Chest x-ray on 10/03/2018 was normal. He has good control of his asthma. He received a yearly influenza vaccine on 10/30/2018 and 10/22/2019.

Mental Health: ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

At present, inmate Coleman is able to ambulate independently throughout the Federal Correctional Institution in Pekin, Illinois. He participates in daily activities at FCI Pekin and is able to complete all of his Activities of Daily Living (ADLs) without assistance.

Per the Social Security Life Expectancy Calculation for a male with date of birth 07/28/1953, he has a life expectancy of 84.4 years.